# Tenant Ledger

EXHIBIT "A"

**Tenants:** Chuckie Hollimon, Christopher Hahn, Kelly Setticerze
**Mobile:** (609) 866-1311
**Unit:** 01
**Property:** Main Rd Apartments - 37 Main Rd Hammonton, NJ 08037-2901
**Status:** Current
**Move in date:** 06/14/2024
**Move out date:** --
**Lease Expiration:** 05/31/2025
**Rent:** 2,300.00
**Deposit Paid:** 3,820.00

| Date | Payer | Description | Charges | Payments | Balance |
|---|---|---|---|---|---|
| Starting Balance | | | | | 0.00 |
| 06/14/2024 | | Mgmt Held Security Deposits | 3,820.00 | | 3,820.00 |
| 06/14/2024 | Chuckie Hollimon | Payment | | 3,820.00 | 0.00 |
| 08/20/2024 | | Rental Income - Charge Forward | 167.00 | | 167.00 |
| 08/30/2024 | Chuckie Hollimon | Credit Card Payment (Reference #7E65-4670) | | 70.00 | 97.00 |
| 09/01/2024 | | Rental Income - September 2024 | 2,300.00 | | 2,397.00 |
| 09/01/2024 | | Pet Fee - September 2024 | 60.00 | | 2,457.00 |
| 09/01/2024 | | Water - September 2024 | 23.00 | | 2,480.00 |
| 09/01/2024 | Chuckie Hollimon | Credit Card Payment (Reference #C0B7-5B70) | | 110.00 | 2,370.00 |
| 09/06/2024 | | Late Fee Income - Late Fee for Sep 2024 | 50.00 | | 2,420.00 |
| 09/11/2024 | Chuckie Hollimon | Credit Card Payment (Reference #0F31-B700) | | 115.00 | 2,305.00 |
| 09/11/2024 | Chuckie Hollimon | Credit Card Payment (Reference #6A4C-6B90) | | 50.00 | 2,255.00 |
| 09/11/2024 | Chuckie Hollimon | Credit Card Payment (Reference #2219-E5E0) | | 500.00 | 1,755.00 |
| 09/25/2024 | Chuckie Hollimon | Credit Card Payment (Reference #1A77-1860) | | 500.00 | 1,255.00 |
| 09/25/2024 | Christopher Hahn | Credit Card Payment (Reference #A5EF-86C0) | | 300.00 | 955.00 |
| 09/26/2024 | Chuckie Hollimon | Credit Card Payment (Reference #86B6-7270) | | 400.00 | 555.00 |
| 10/01/2024 | | Rental Income - October 2024 | 2,300.00 | | 2,855.00 |
| 10/01/2024 | | Pet Fee - October 2024 | 60.00 | | 2,915.00 |
| 10/01/2024 | | Water - October 2024 | 23.00 | | 2,938.00 |
| 10/02/2024 | Chuckie Hollimon | Credit Card Payment (Reference #478D-24B0) | | 400.00 | 2,538.00 |
| 10/03/2024 | Kelly Setticerze | Credit Card Payment (Reference #F32D-BF90) | | 200.00 | 2,338.00 |
| 10/06/2024 | | Late Fee Income - Late Fee for Oct 2024 | 50.00 | | 2,388.00 |
| 10/09/2024 | Chuckie Hollimon | Credit Card Payment (Reference #5E9F-2FE0) | | 300.00 | 2,088.00 |
| 10/09/2024 | Christopher Hahn | Credit Card Payment (Reference #627B-6D00) | | 1,400.00 | 688.00 |
| 10/17/2024 | Kelly Setticerze | Credit Card Payment (Reference #022A-1BA0) | | 471.00 | 217.00 |
| 10/17/2024 | Chuckie Hollimon | Credit Card Payment (Reference #D10F-B2D0) | | 167.00 | 50.00 |
| 10/31/2024 | Kelly Setticerze | Credit Card Payment (Reference #C3BE-6C60) | | 400.00 | -350.00 |
| 11/01/2024 | | Rental Income - November 2024 | 2,300.00 | | 1,950.00 |
| 11/01/2024 | | Pet Fee - November 2024 | 60.00 | | 2,010.00 |
| 11/01/2024 | | Water - November 2024 | 23.00 | | 2,033.00 |
| 11/06/2024 | | Late Fee Income - Late Fee for Nov 2024 | 50.00 | | 2,083.00 |
| 11/13/2024 | Christopher Hahn | Credit Card Payment (Reference #B48C-21E0) | | 800.00 | 1,283.00 |
| 11/13/2024 | Chuckie Hollimon | Credit Card Payment (Reference #1AB9-50D0) | | 300.00 | 983.00 |
| 11/14/2024 | Kelly Setticerze | Credit Card Payment (Reference #2389-6BD0) | | 400.00 | 583.00 |
| 12/01/2024 | | Water - December 2024 | 23.00 | | 606.00 |
| 12/01/2024 | | Pet Fee - December 2024 | 60.00 | | 666.00 |

**Tenant Ledger**

EXHIBIT "A"

| Date | Payer | Description | Charges | Payments | Balance |
|---|---|---|---|---|---|
| 12/01/2024 | | Rental Income - December 2024 | 2,300.00 | | 2,966.00 |
| 12/05/2024 | Chuckie Hollimon | Credit Card Payment (Reference #A503-4F70) | | 200.00 | 2,766.00 |
| 12/06/2024 | | Late Fee Income - Late Fee for Dec 2024 | 50.00 | | 2,816.00 |
| 12/12/2024 | Kelly Setticerze | Credit Card Payment (Reference #5BD9-B530) | | 485.00 | 2,331.00 |
| 12/31/2024 | Chuckie Hollimon | Credit Card Payment (Reference #E521-2A30) | | 200.00 | 2,131.00 |
| 01/01/2025 | | Rental Income - January 2025 | 2,300.00 | | 4,431.00 |
| 01/01/2025 | | Pet Fee - January 2025 | 60.00 | | 4,491.00 |
| 01/01/2025 | | Water - January 2025 | 23.00 | | 4,514.00 |
| 01/06/2025 | | Late Fee Income - Late Fee for Jan 2025 | 50.00 | | 4,564.00 |
| 02/01/2025 | | Water - February 2025 | 23.00 | | 4,587.00 |
| 02/01/2025 | | Pet Fee - February 2025 | 60.00 | | 4,647.00 |
| 02/01/2025 | | Rental Income - February 2025 | 2,300.00 | | 6,947.00 |

**Total** — **6,947.00**