UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
Law Office of Ronald E. Norman, LLC
Ronald E. Norman, Esquire
Washington Professional Campus II
901 Route 168, Suite 407 A
Turnersville, NJ 08012
(856) 374-3100
Rnorman@rnormanlaw.com

**Order Filed on February 24, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Chuckie S Hollimon

Case No.: 21-10102
Hearing Date:   2/26/25

Judge:   ABA

**CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION**

The relief set forth on the following pages, numbered two (2) through TWO (2)   is hereby **ORDERED**

**DATED: February 24, 2025**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(PAGE TWO)
DEBTOR: Chuckie S Hollimon
CASE NUMBER: 21-10102 ABA
**Caption of Order: CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION**

THIS MATTER, having come before the Court by Ronald E Norman, Esq on behalf of Debtor and Lori C Greenberg, Esq on behalf of Main Road Apartments LLC, creditor, and the parties having come to a resolution regarding Main Road Apartments LLC objection to confirmation; and for good cause shown.

IT IS ORDERED THAT:

Debtor shall pay Main Road Apartments LLC, creditor the amount of $6,947.00 post-petition rent plus, February 2025 late fee of $50.00 and attorney fees of $1,072.00 for a total amount due of $8,069.00 through the Chapter 13 plan.

The undersigned consent to entry of the within order.

By:  /s/ Ronald E Norman, Esq.                        DATED:  2/21/25
     Ronald E Norman,
     Attorney for Debtor

By:  /s/ Lori C Greenberg, Esq                        DATED:  2/21/25
     Lori C Greenberg, Esq
     Attorney for Main Road Apartments LLC